PETITION OF GEORGE HEISER.

No. 11209.
Decided August 31, 1966.
417 P.2d 480.

PER CURIAM.

Original Proceeding.

George Heiser, an inmate of the Montana State Prison, appearing pro se, has filed a petition for writ of mandate, alleging that he had filed a motion in the district court and said motion had not been acted upon.

This court is advised that said motion has been acted upon and by reason thereof the relief here sought has been had. The petition is therefore denied and the proceeding is dismissed.